UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| **STEPHANIE WILSON**, ) | Case No. 3:10-cv-05818-RJB |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| ) | |
| **LTD FINANCIAL SERVICES, LP,** ) | |
| ) | |
| Defendant. ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of Washington, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Dated this 17th day of December, 2010

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC

Notice of Settlement - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1  Filed electronically on this 17th day of December, 2010, with:

2
3  United States District Court CM/ECF system

4
5  By: s/Jessica DeCandia
     Jessica DeCandia

Notice of Settlement - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com