**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT TACOMA**

| | | |
|---|---|---|
| **STEPHANIE WILSON**, | ) | Case No. 3:10-cv-05818-RJB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF DISMISSAL WITH** |
| vs. | ) | **PREJUDICE** |
| | ) | |
| **LTD FINANCIAL SERVICES, LP,** | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Untied States District Court for the Western District of Washington Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 17th day of January, 2011.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC

Notice of Dismissal - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1. Filed electronically on this 17th day of January, 2011, with:

2. United States District Court CM/ECF system

By: s/ Jessica DeCandia
    Jessica DeCandia

Notice of Dismissal - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com