UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHANIE WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LTD FINANCIAL SERVICES, LP,<br><br>　　　　　Defendant. | Case No. C10-5818RJB<br><br>ORDER DISMISSING CASE |

This matter comes before the Court on Plaintiff's Notice of Dismissal with Prejudice. Dkt. 7. The Court has review of the court record.

On January 17, 2011, Plaintiff filed a Notice of Dismissal with Prejudice. Dkt. 7. Defendant has not appeared. Pursuant to Fed. R. Civ. P. 41, this case should be dismissed with prejudice.

Therefore, it is hereby **ORDERED** that, pursuant to Fed. R. Civ. P. 41 and Plaintiff's Notice of Dismissal with Prejudice (Dkt. 7), this case is **DISMISSED WITH PREJUDICE**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 18th day of January, 2011.

*[signature: Robert J Bryan]*

Robert J Bryan
United States District Judge